PROB 12C
ED/AR (12/2012)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
SEP 0 2 2020
JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

# United States District Court

for the

Eastern District of Arkansas

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Donnell A. Thomas | Case Number: 4:19CR00393-001 - KGB |
| Name of Sentencing Judicial Officer: | Honorable Mark W. Bennett<br>United States District Judge<br>Northern District of Iowa |

**UNDER SEAL**

Name of Reassigned Judicial Officer:   Honorable Kristine G. Baker
United States District Judge
Eastern District of Arkansas
(Jurisdiction accepted on July 5, 2019)

Original Offense:   Count 1: Conspiracy to Distribute 50 Grams or More of Cocaine Base Following a Felony Drug Conviction
Count 2: Possession With Intent to Distribute 1 Gram or More of Cocaine Base Following a Felony Drug Conviction

Date of Sentence:   November 13, 2009

Original Sentence:   Sentenced to 240 months Bureau of Prisons. This term consists of 240 months on Count 1 of the Second Superseding Indictment and 240 months on Count 2 of the Second Superseding Indictment, with these terms to be served concurrently. Upon release from imprisonment, the defendant shall be on supervised release for a term of 10 years. This term consists of 240 months on Count 1 of the Second Superseding Indictment and 240 months on Count 2 of the Second Superseding Indictment, with these terms to run concurrently.

March 22, 2019: Sentence reduced to Time Served on Count 1. His term of supervised release on Count 1 is reduced to eight years. Accordingly, defendant's term of supervised release on Count 2 is reduced to eight years to the
match the eight years now imposed on Count 1.

| | | |
|---|---|---|
| Type of Supervision:  Supervised Release | Date Supervision Commenced: April 1, 2019 | |
| | Date Supervision Expires: March 31, 2027 | |
| U. S. Probation Officer:  Keauna L. Smith | Asst. U.S. Attorney:  Michael S. Gordon | Defense Attorney:  To be appointed |

---

### PETITIONING THE COURT

☒   To Issue a Sealed Warrant Pending Execution (cc: U.S. Probation and U.S. Marshal only)
☐   To Issue a Summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Condition and Number | Nature of Noncompliance |
|---|---|---|
| 1 | Mandatory | **The defendant shall not commit another federal, state, or local crime.** |
| 2 | Mandatory | **The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.** <br> On May 14, 2020, Mr. Thomas violated this condition of supervised release when he used a black semi-auto handgun to shoot the victim in his upper right leg, as documented by the Jacksonville Police Department's incident report no. 20-02537 for the offense of Aggravated Robbery and Battery 1st Degree. The case is pending in Case No. JAC-20-1576 in the Jacksonville, Arkansas, District Court. Warrant No. JA-20-580 remains active. |
| 3 | Standard (2) | **The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.** <br> Mr. Thomas violated this condition of supervised release when he failed to submit monthly supervision reports by the fifth of each month during the months of October, November, and December 2019; January, February, March, April, May, June, and July 2020. |
| 4 | Special (1) | **The defendant must participate in and successfully complete a program of testing and treatment for substance abuse.** <br> Mr. Thomas violated this condition of supervised release by failing to submit a urine specimen on October 28, 2019. |

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Keauna Smith*

Keauna L. Smith
U.S. Probation Officer

Executed on   August 31, 2020

Approved by:

*/s/*

Supervising U.S. Probation Officer

The U.S. Attorney's Office submits this petition to be filed with Criminal Docketing as a motion.

*/s/*

Assistant U.S. Attorney

Executed on   September 1, 2020

| | | |
|---|---|---|
| Prob 12C | - 3 - | Petition for Warrant or Summons<br>For Offender Under Supervision |
| Name of Offender: Donnell A. Thomas | | Case Number: 4:19CR00393-001 |